**Fill in this information to identify the case:**

Debtor name __**Jeweltex Enterprises, Inc.**__

United States Bankruptcy Court for the: __**EASTERN DISTRICT OF TEXAS**__

Case number _____
(if known)

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Central Refining 2650 Andjon Drive Dallas, TX 75220 | | Vendor Services | | | | $97,450.00 |
| 2 | Shefi 580 Fifth Ave SUITE # 1227 New York, NY 10036 | | Vendor Services | | | | $89,856.70 |
| 3 | MK Diamods & Jewelery 606 S. Olive St. Suite # 900 Los Angeles, CA 90014 | | Vendor Services | | | | $75,522.00 |
| 4 | Targeted Lease Capital, LLC 5500 Main Street Suite 300 Williamsville, NY 14221 | | Lease of jewelry showcasing | | | | $73,546.76 |
| 5 | Funding Circle 747 Front St., 4th Fl. San Francisco, CA 94111 | | Business Loan | | | | $59,169.00 |

Debtor   **Jewletex Enterprises, Inc.** _____   Case number (if known) _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 6   Paypal Loanbuilder 3505 Silverside Rd. Wilmington, DE  19810 | | Business loan | | | | $45,235.91 |
| 7   Pawnee Leasing Corporation 3801 Automation Way Suite 207 Fort Collins, CO  80525 | | Lease of jewelry showcasing | | | | $38,848.89 |
| 8   Royal Jewelry Mfg , Inc 825 Northern Blvd 1st Floor, Great Neck, NJ  11021 | | Vendor Services | | | | $38,378.00 |
| 9   American Express P.O. Box 650448 Dallas, Texas  75265-0448 | | Credit Card | | | | $34,993.46 |
| 10   Dilimani 98 Cutter Mill Road Suite 262 Great Neck, NY  11021 | | Vendor Services | | | | $34,894.00 |
| 11   Royal Gems 2 West 46TH St., Suite 1406 New York NY  10036v | | Vendor Services | | | | $32,974.00 |
| 12   Gabriel 545 W. 45th St., 3rd Fl New York NY  10036 | | Vendor Services | | | | $26,909.74 |
| 13   Navy Federal Credit Union P.O. Box 3000 Merrifield, VA  22119 | | Credit Card | | | | $24,958.85 |

| Debtor | Jeweltex Enterprises, Inc. | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14  Mr. Bracelet<br>20 West 47th St.<br>Suite 1003<br>New York, NY  10036 | | Vendor Services | | | | $23,391.00 |
| 15  JAS Diamonds Inc<br>5 South Wabash Ave.<br>Suite 912<br>Chicago, IL  60603 | | Vendor Services | | | | $22,103.00 |
| 16  Kabbage<br>925B Peachtree Street NE<br>Suite 1688<br>Atlanta, GA  30309 | | Business Loan | | | | $21,829.47 |
| 17  Pure Grown Diamonds<br>517 Route 1 South, Suite 1000<br>Iselin, NJ 08830-3023 | | Vendor Services | | | | $21,413.00 |
| 18  Supreme<br>2269 Honolulu Ave.<br>Montrose, CA  91020 | | Vendor Services | | | | $20,818.00 |
| 19  Stuller<br>P.O. Box  87777<br>Lafayette, LA 70598 | | Vendor Services | | | | $20,000.00 |
| 20  Ron Rosen<br>14 Colonel Conklin Dr<br>Stony Point, NY 10980 | | Vendor Services | | | | $18,988.00 |