# EXHIBIT B

Jeweltex, Inc. dba Sam's Fine Jewelry
170 Cedar Ridge Drive
Garland, Texas  75040
Budget Overview
Jeweltex March, 2020 Projected Budget

|  | March, 2020 | April, 2020 | May, 2020 |  |
|---|---|---|---|---|
| **Income** |  |  |  |  |
|   Sales | 70000 | 75000 | 75000 |  |
|   Repair | 10000 | 10000 | 10000 |  |
| Total Income | 80000 | 85000 | 85000 |  |
|  |  |  |  |  |
| **Cost of Goods Sold** |  |  |  |  |
|   Cost of Memorandum and Special Orders | 30000 | 32500 | 32500 |  |
|   Cost of Repair | 4000 | 4000 | 4000 |  |
| inventory sold | 5000 | 6500 | 6500 |  |
| Total Cost of Good Sold | 39000 | 43000 | 43000 |  |
|  |  |  |  |  |
| **Gross Profit** | 41000 | 42000 | 42000 |  |
|  |  |  |  |  |
| **Expenses Section 1** |  |  |  |  |
|   Bank Charges | 70 | 70 | 70 |  |
|   Credit card Processing Fees | 2800 | 2900 | 2900 |  |
|   Dues and Subscriptions | 1000 | 1000 | 1000 |  |
|   Advertising | 1700 | 1700 | 1700 |  |
|   Insurance |  |  |  |  |
|     jewelers Block | 1777 | 1777 | 1777 |  |
|     Health | 1890.72 | 1890.72 | 1890.72 |  |
|     General Liability | 500 | 500 | 500 |  |
| Total Expenses section 1 | 9737.72 | 9837.72 | 9837.72 |  |
|  |  |  |  |  |
| **Payroll** |  |  |  |  |
|   Salaries and Wages | 11000 | 11000 | 11000 |  |
|   Other payroll expense | 220 | 220 | 220 | ADP |
| Total Payroll | 11220 | 11220 | 11220 |  |
|  |  |  |  |  |
| **Expenses Section 2** |  |  |  |  |
|   Lease & utility (Simon) | 14600 | 14600 | 14600 |  |
|   Website | 200 | 200 | 200 |  |
|   Telephone | 500 | 500 | 500 |  |
|   Security | 300 | 300 | 300 |  |
|   Office Supplies | 200 | 200 | 200 |  |
|   Shipping/Delivery | 300 | 300 | 300 |  |
|   U.S. Trustee Quarterly Fees | 1 | 1 | 1 |  |
| Total Expenses section 2 | 16101 | 16101 | 16101 |  |
|  |  |  |  |  |
| **Total Sum of Expenses section 1+2+Payroll** | 37058.72 | 37158.72 | 37158.72 |  |
|  |  |  |  |  |
| **Net Operating Income** | 3941.28 | 4841.28 | 4841.28 |  |
|  |  |  |  |  |
| **Net Income** | 3941.28 | 4841.28 | 4841.28 |  |

Case 20-40485    Doc 7-2    Filed 02/19/20    Entered 02/19/20 11:03:03    Desc Exhibit - Cash Collateral Budget    Page 2 of 2