Gregory W. Mitchell
THE MITCHELL LAW FIRM, L.P.
12720 Hillcrest Road
Suite 625
Dallas, Texas 75230
(972)463-8417 – Office
(972)432-7540 – Facsimile
State Bar ID: 00791285

PROPOSED ATTORNEYS FOR DEBTOR JEWELTEX ENTERPRISES, INC.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| In re: **Jeweltex Enterprises, Inc.** § | | Case No. 20-40485 |
| § | | |
| *Debtor* § | | Chapter 11 |

## MOTION TO EXTEND TIME FOR FILING REQUIRED DOCUMENTS

TO THE HONORABLE U.S. BANKRUPTCY COURT JUDGE:

Jeweltex Enterprises, Inc. ("**Debtor**") requests that this Court extend the time to file required schedules that are currently by March 2, 2020, and in support thereof respectfully represents:

1. The Debtor filed this case under Chapter 11 of the Bankruptcy Code on February 17, 2020. Certain required schedules were to be filed on or before March 2, 2020.

2. It has taken longer than expected to compile the necessary information to prepare Debtor's statements and schedules. Specifically, Debtor is still obtaining detailed information on consigned/memo inventory that was returned to vendors prior to the bankruptcy filing.

3. Debtor therefore respectfully requests that it be provided an extension to file its required schedules in this case – until Monday, March 16, 2020.

4. Debtor's creditor meeting is scheduled for April 3, 2020, and therefore the extended date is still more than two weeks prior to the scheduled creditor meeting.

5. Debtor makes this request, not for the purpose of delay, but so that justice may be done, and complete and accurate information can be properly filed with the court.

**WHEREFORE**, Debtor Jeweltex Enterprises, Inc. respectfully requests that the Court enter an order granting the relief requested herein, and that the Court grant such other and further relief as may be just and proper.

**DATED this 2nd day of March, 2020.**

                Respectfully submitted,

                **THE MITCHELL LAW FIRM, L.P.**

                **/s/    Gregory W. Mitchell**
                Gregory W. Mitchell
                12720 Hillcrest Road, Suite 625
                Dallas, Texas   75230
                (972)463-8417 – Office
                (972)432-7540 – Facsimile
                State Bar ID:   00791285
                E-mail:   greg@mitchellps.com

                PROPOSED ATTORNEYS FOR DEBTOR

## **CERTIFICATE OF SERVICE**

   I hereby certify that on March 2, 2020, a true and correct copy of the foregoing was served via U.S. Mail and/or ECF to the required parties and creditors of the Debtor listed below.

                   THE MITCHELL LAW FIRM, L.P.

                   /s/   **Gregory W. Mitchell**
                   Gregory W. Mitchell
                   Proposed Attorney for Debtor

**U.S. Trustee**
Via ECF

**Parties Requesting Notice**

City of Garland
c/o Perdue Brandon Fielder, et al
1919 S. Shiloh Rd., Suite 310, LB 40
Garland, Texas   75042-8234

Dallas County
c/o Laurie A. Spindler
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway
Suite 1000
Dallas, Texas   75207-2328