

## PURE GROWN DIAMONDS

45 West 45th Street, 5th Floor, New York, NY 10036
Tel: 646-992-3250    Fax: 646-808-3449

March 5, 2020

US Bankruptcy Court
660 North Central Expressway, suite 300B
Plano, TX 75074

RE: Bankruptcy Petition #: 20-40485

To who it may concern:

I'm writing to request an address change for Pure Grown Diamonds, Inc., which is listed as one of the creditors of debtor, Jeweltex Enterprises, Inc. d/b/a Sam's Fine Jewelry. Both old and new address are provided below. Please send all bankruptcy related mailings to the new address. If you have any questions, I can be reached at 646-992-3259 or amei@puregrowndiamonds.com. Thank you.

Old address:
517 Route 1 South, Suite 1000
Iselin, NJ 08830

**New address:
45 West 45th Street, 5th Floor
New York, NY 10036**

Sincerely,

Angela Mei
Controller

www.pgdnet.com