# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| In re: **Jeweltex Enterprises, Inc.** | § | **Case No. 20-40485** |
| | § | |
| *Debtor* | § | **Chapter 11** |

## THIRD INTERIM ORDER FOR USE OF CASH COLLATERAL

Upon the Emergency Motion for Use of Cash Collateral (the "**Motion**") pursuant to §§ 105, 361, 363 and 364 of Title 11 of the United States Bankruptcy Code (the "**Bankruptcy Code**") and Federal Rule of Bankruptcy Procedure 4001, Jeweltex Enterprises, Inc. ("**Debtor**"), subject to the terms and conditions set forth herein, and upon the proceedings held before this Court and good and sufficient cause appearing therefore,

THE COURT HEREBY FINDS:

1. On February 17, 2020, (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtor is now operating its business and managing its property as a debtor in possession pursuant to Sections 1107( a) and 1108 of the Bankruptcy Code. No request has been made for the appointment of a trustee or examiner and no official committee has yet been appointed.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (M), and (O). Venue of the Chapter 11 Case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. An immediate and critical need continues to exist for the Debtor to obtain funds in order to continue the operation of its business.  Without such funds, the Debtor will not be able to

pay its payroll and other direct operating expenses and obtain goods and services needed to carry on its business during this sensitive period in a manner that will avoid irreparable harm to the Debtor's estate. At this time, the Debtor's ability to use Cash Collateral is vital to the confidence of the Debtor's vendors and suppliers of the goods and services, to the customers and to the preservation and maintenance of the going concern value of the Debtor's estate.

4. Substantially all of the Debtor's assets are potentially subject to the Prepetition Liens of two creditors – Kapitus, LLC, and Paypal, including liens on equipment, rents, furniture, fixtures, goods, general intangibles, accounts, contract rights and inventory.

5. The Debtor has requested immediate entry of this Order pursuant to Bankruptcy Rule 4001(b)(2) and (c)(2). The permission granted herein to allow the Debtor to obtain the use of Cash Collateral financing is necessary to avoid immediate and irreparable harm to the Debtor. This Court concludes that entry of this Order is in the best interests of the Debtor and its estate and creditors as its implementation will, among other things, allow for the continued operation and rehabilitation of the Debtor's existing business.

**THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED THAT**:

1. The Debtor is hereby authorized to enter into all agreements pursuant to the terms of this Order necessary to allow the Debtor to use Cash Collateral until the final hearing on this matter **set for Thursday, April 23, 2020, at 9:30 a.m.** (the "**Authorized Period**") and subject to the protections and consideration described in this Order (and, by reference, the First and Second Interim Orders authorizing use of cash collateral) in the amounts and for the expenses set forth in the five-week budget attached hereto.

2. The Debtor's use of Cash Collateral shall be consistent with such use provided for in the First and Second Interim Orders entered in this matter, and pursuant to the revised budget attached hereto.

3. A final hearing is hereby scheduled for **Thursday, April 23, 2020, at 9:30 a.m.** to consider entry of a final order.

Signed on 3/25/2020

*Brenda T. Rhoades*    MD
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

**Order prepared and submitted by:**

**/s/ Gregory W. Mitchell**
Gregory W. Mitchell
The Mitchell Law Firm, L.P.
1412 Main Street, Suite 500
Dallas, Texas  75202
(972)463-8417 – Office
(972)432-7540 – Facsimile
greg@mitchellps.com – E-mail
State Bar ID: 00791285
Counsel for Debtor

Jeweltex, Inc. dba Sam's Fine Jewelry
170 Cedar Ridge Drive
Garland, Texas  75040
Budget Overview
Jeweltex Proposed Budget (3/23/2020 to 4/26/2020)

|  | Mar 23-29 | Mar 30 - Apr 05 | Apr 06-12 | Apr 13-19 | Apr 20-26 |
|---|---|---|---|---|---|
| **Income** | | | | | |
| Sales & Repair | 0 | 10000 | 12500 | 15000 | 15000 |
| insurance reimbursment for customer disaperance job | 25000 | | | | |
| Total Income | 25000 | 10000 | 12500 | 15000 | 15000 |
| **Cost of Goods Sold** | | | | | |
| Cost of Sales & repair | | 5000 | 6250 | 7500 | 7500 |
| cost of Customer Disaperance Job | 25000 | | | | |
| Total Cost of Good Sold | 25000 | 5000 | 6250 | 7500 | 7500 |
| **Gross Profit** | 0 | 5000 | 6250 | 7500 | 7500 |
| **Expenses Section 1** | | | | | |
| Bank Charges | | | | 36 | |
| Credit card Processing Fees | | 180 | 375 | 450 | 450 |
| Dues and Subscriptions | | 200 | | | 300 |
| Advertising | | | 200 | 200 | 200 |
| **Insurance** | | | | | |
| jewelers Block | | | | | 1777 |
| Health | | | | 1890.72 | |
| General Liability | | | | | 500 |
| **Payroll** | | | | | |
| Salaries and Wages | | 4606.52 | | 4606.52 | |
| Total Payroll | | 4606.52 | | 4606.52 | |
| **Expenses Section 2** | | | | | |
| Lease & utility (Simon) **possible deffered payment** | | 10000 | | | |
| Website | | 200 | | | 200 |
| Telephone/internet | | | 321.43 | | |
| Security | | 296 | | | |
| Office Supplies | | 80 | | 80 | |
| Shipping/Delivery | | 216 | 217 | 217 | |
| U.S. Trustee Quarterly Fees | | | | | |
| **Loans Payments** | | | | | |
| Loan Builder Paypal | | | 125 | | 150 |
| Kapitus | | | 312.5 | | 375 |
| Total Expense | 0 | 15858.52 | 1586.93 | 7444.24 | 3952 |
| **Net Income** | $     - | $ (10,858.52) | $  4,663.07 | $    55.76 | 3548 |

Case 20-40485    Doc 36    Filed 03/25/20    Entered 03/25/20 09:26:57    Desc Main Document      Page 4 of 4